UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: LAC MÈGANTIC TRAIN DERAILMENT LITIGATION | ) ) )     1:16-cv-01001-JDL ) |

JUDGEMENT OF DISMISSAL

In accordance with the Order on Canadian Pacific Railway Company's Amended Motion to Dismiss entered by the Court on September 28th , 2016;

JUDGMENT of dismissal without prejudice is hereby entered.

CHRISTA K. BERRY,

CLERK

By:   /s/Michelle Thibodeau,

Deputy Clerk

Dated September 28, 2016